IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| and | ) ) |
| ALAN PETTET, et al., | ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| AT&T CORPORATION, | ) ) |
| Defendant. | ) |

Case No. 11-CV-00990 DW

## JOINT MOTION TO ENTER CONSENT DECREE

The U.S. Equal Employment Opportunity and AT&T Corporation have reached a settlement of this matter in the form of a proposed Consent Decree. The proposed Consent Decree executed by the parties is attached hereto. A Word copy of the proposed Consent Decree, with the electronic signatures of the parties and a signature line for the Judge has been emailed to chambers.

The parties hereby move the Court to enter the proposed Consent Decree in the form approved by the parties and emailed to chambers.

Respectfully submitted,

/s/ Anne E. Gusewelle
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
4th & State Avenue, 9th Flr.
Kansas City, Kansas 66101
anne.gusewelle@eeoc.gov

ATTORNEY FOR PLAINTIFF EEOC

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2013, a true and correct copy of the foregoing was served via electronic mail on the parties below:

>Daniel B. Boatright
>S. Jane Cecil
>LITTLER MENDELSON, LLC
>1201 Walnut, Ste. 1450
>Kansas City, Missouri  64106
>dboatright@littler.com
>jcecil@littler.com
>
>ATTORNEYS FOR DEFENDANTS
>
>Michael A. Williams
>WILLIAMS LAW, LLC
>1100 Main Street, Suite 2600
>Kansas City, MO 64105
>mwilliams@williamsdirks.com
>
>ATTORNEY FOR PLAINTIFFS
>PETTET, HORSTMAN & RODGERS

>>/s/ Anne E. Gusewelle
>>Attorney for Plaintiff EEOC