# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY ) <br> COMMISSION and ALAN PETTET, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AT&T CORPORATION, ) <br> ) <br> Defendant. ) | No. 11-CV-00990-DW, and <br> No. 12-CV-00107-DW |

## ORDER

Before the Court is a Joint Motion to Enter Consent Decree (the "Joint Motion") that was filed by the U.S. Equal Employment Opportunity Commission and the Defendant AT&T Corporation. See Doc. 68. For good cause shown, the Joint Motion is GRANTED. The parties' Proposed Consent Decree is hereby entered, and shall be attached to and made a part of this Order. The Clerk of Court is directed to terminate any pending motions.

IT IS SO ORDERED.

Date:  September 4, 2013                    /s/ Dean Whipple
                                                                                                          Dean Whipple
                                                                                            United States District Judge